```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10502
   ROBERTO COLON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5521

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/28/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE   NOTICE ONLY     NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    17473.02         324.09        1625.91
AMERICREDIT                NOTICE ONLY     NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        1271.71             .00         167.72
AT&T WIRELESS              FILED LATE       1028.07             .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
HSBC CREDIT SERVICES       UNSECURED         876.85             .00         115.65
LEON FARHAT                NOTICE ONLY     NOT FILED            .00            .00
PREMIER BANKCARD           UNSECURED         430.19             .00          56.74
JEFFERSON CAPITAL SYSTEM   UNSECURED         835.18             .00         110.15
HSBC CREDIT SERVICES       FILED LATE           .00             .00            .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY      3,000.00                        134.34
TOM VAUGHN                 TRUSTEE                                          215.40
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             2,750.00

PRIORITY                                        .00
SECURED                                    1,625.91
   INTEREST                                  324.09
UNSECURED                                    450.26
ADMINISTRATIVE                               134.34
TRUSTEE COMPENSATION                         215.40
DEBTOR REFUND                                   .00
                    --------------     --------------
TOTALS              2,750.00              2,750.00


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10502 ROBERTO COLON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 10502 ROBERTO COLON